Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>v.<br><br>RAYMOND ALLEN,<br><br>Defendant. | CASE NO.: 2:12-cv-01762-RCJ-GWF<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST RAYMOND ALLEN** |

Before the Court is Plaintiffs' Motion for Default Judgment Against Defendant Raymond Allen ("Allen"). Default has been entered against Allen, and the Court having reviewed the documents on file in this case and being fully advised:

//
//
//
//
//
//
//
//
//

020036\0129\1811528.1

1

IT IS HEREBY ORDERED that judgment is entered against Allen, in the amount of $12,296, representing damages, attorney's fees and costs incurred to date, and attorney's fees and costs to execute on the judgment to Plaintiffs Trustees of the Teamsters Local 631 Security Fund for Southern Nevada.

Dated this 5th day of April, 2013.

_____
DISTRICT COURT JUDGE

Respectfully submitted by:
BROWNSTEIN HYATT FARBER SCHRECK, LLP


/s/ Bryce C. Loveland
Adam P. Segal, Esq.
Bryce C. Loveland, Esq.
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
*Attorneys for Plaintiffs*

020036\0129\1811528.1

2